## Brock, State Bank Com'r, *v.* Adler.

(Division B.   Feb. 7, 1938.)

[178 So. 593.   No. 32934.]

**Stevens & Foote**, of Hattiesburg, for appellant, on motion.

T. J. Wills, of Hattiesburg, for appellee.

**Griffith, J.**, delivered the opinion of the court on motion.

Much as we sympathize wth appellee as a result of the decision in Adler v. Interstate Trust & Banking Co., 166 Miss. 215, 146 So. 107, 87 A. L. R. 347, followed in the opinion delivered on December 13, 1937, 177 So. 523, we are bound to hold now that the controversy is at an end on its merits. We remanded the case that the trial court might adjudicate the damages on the injunction. Appellant now appears and expressly waives any claim for damages; and upon that basis a final decree will be entered here for appellant—but expressly disallowing damages for the wrongful issuance of the writ of injunction. Otherwise we could not enter any final decree as appellant has requested us to do.

So ordered.